

FILED

FEB 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERRANCE MARSH; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>AFSCME LOCAL 3299; et al.,<br><br>        Defendants-Appellees. | No.   21-15309<br><br>D.C. No.<br>2:19-cv-02382-JAM-DB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

This appeal shall be held in abeyance pending the issuance of the mandates

in 20-56045, <u>Savas v. CSLEA</u> and 20-36076, <u>Zielinski v. SEIU, Local 503</u>; or

upon further of this court.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Halina Larman
Deputy Clerk
Ninth Circuit Rule 27-7